IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JOHN DETIG, *et al.* | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Civil Action No. AMD 01 CV 3834 |
| DEERE & COMPANY, INC., *et al.* | ) ) ) |
| Defendants. | ) ) |

# ORDER

UPON CONSIDERATION of the Motion of Andreas N. Akaras, Esquire for leave to withdraw his appearance, any opposition thereto and the entire record herein, it is by this Court this 8 day of May, 2002,

ORDERED:

1. That the said Motion be and hereby is GRANTED.

2. The appearance of Andreas N. Akaras as counsel for the Plaintiffs is hereby WITHDRAWN. David M. Kopstein, who has already entered his appearance, is now Plaintiffs' counsel for record.

_____
United States District Judge


