IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

```
FILED ___   ENTERED ___
LODGED ___ RECEIVED ___

JUN 03 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY
```

| | |
|---|---|
| JOHN DETIG, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. AMD 01 CV 3834 |
| ) | |
| DEERE & COMPANY, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## O R D E R

UPON CONSIDERATION of the parties' Joint Motion to Modify Scheduling Order, and the entire record herein, it is by this Court this 3rd day of June, 2002,

ORDERED:

1. That the said Motion be and hereby is GRANTED. IN PART;

2. The Scheduling Order herein is modified as follows:

| | | |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) Disclosures: | ~~Sept. 10, 2002~~ | 8/10/02 |
| Defendants' Rule 26(a)(2) Disclosures: | ~~Oct. 10, 2002~~ | 9/10/02 |
| Plaintiff's Rebuttal 26(a)(2) Disclosures: | ~~Oct. 24, 2002~~ | 9/24/02 |
| Rule 26(e)(2) Supplementation: | ~~October 31, 2002~~ | 10/31/02 |
| Discovery Deadline/Status Report: | ~~Nov. 25, 2002~~ | 11/12/02 |
| Dispositive Motions Deadline: | ~~Dec. 23, 2002~~ | 12/02/02 |
| Trial: Two Week Period Beginning: | ~~April 28, 2002~~ | 1/27/03 |

_____
United States District Judge

