IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

JOHN DETIG, et al.,　　　　　　　　　:

　　　　　　Plaintiffs,　　　　　　　 :

v.　　　　　　　　　　　　　　　　　　: Civil Action No:AMD 01 CV 3834

DEERE & COMPANY, et al.,　　　　　　:

　　　　　　Defendants.　　　　　　　:

### STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

The parties to this action, by their respective undersigned counsel, hereby stipulate and agree that the claims against Deere & Company and John Deere Consumer Products, Inc. only are dismissed, with prejudice.

/s/ David M. Kopstein
David M. Kopstein, Esquire
Dross, Levenstein, Perilman & Kopstein
9831 Greenbelt Road, Suite 205
Seabrook, Maryland 20706
(301) 552-3330
*Counsel for the Plaintiff*

/s/ Michael T. Wharton (by dmk)
Michael T. Wharton, Esquire
Wharton, Levin, Ehrmantraut & Klein
104 West Street
Annapolis, Maryland 21401
(410) 263-5900
*Counsel for Defendants Deere & Company and John Deere Consumer Products, Inc.*

7/22/2002
APPROVED
/s/