**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

_____ **FILED** _____ **ENTERED**
_____ **LODGED** _____ **RECEIVED**

AUG 1 6 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY
DEPUTY

| | | |
|---|---|---|
| JOHN DETIG, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. AMD 01 CV 3834 |
| | ) | |
| TEXTRON, INC.. | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

UPON CONSIDERATION of the parties' Joint Motion to Extend Time for Designating Experts, and the entire record herein, it is by this Court this _16th_ day of _Aug_, 2002,

ORDERED:

1.    That the said Motion be and hereby is GRANTED.

2.    Plaintiffs' experts shall be designated by August 30, 2002.

3.    Defendant's experts shall be designated by September 30, 2002.

4.    Plaintiffs' rebuttal experts shall be designated by October 14, 2002.


_____
United States District Judge