IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| JOHN DETIG, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. AMD 01 CV 3834 |
| ) | |
| DEERE & COMPANY, INC., *et al.* ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion to Extend Time for Designating Experts, and the entire record herein, it is by this Court this 30th day of Sept., 2002,

ORDERED:

1. That the said Motion be and hereby is GRANTED.

2. The Scheduling Order herein is modified as follows:

   Defendants' Rule 26(a)(2) Disclosures:     Oct. 30, 2002

   Plaintiff's Rebuttal 26(a)(2) Disclosures:    Nov. 14, 2002

_____
United States District Judge