UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

October 15, 2002

MEMORANDUM TO COUNSEL RE:

Detig v. Textron, Inc.
Civ. No. AMD 01-3834

Having reviewed the file in this products liability action, I am concerned that there may well be a desire on the part of the parties to litigate *Daubert* motions although the scheduling order did not provide deadline for the filing of such motions. Accordingly, I am hereby modifying the scheduling order as follows:

**Any in limine or similar motion based on Fed.R.Evid. 702 or 703 shall be filed on or before November 14, 2002.**

In all other respects, the amended scheduling order entered on June 3, 2002, as further amended on August 16, and September 30, 2002, remains in effect.

Additionally, in an abundance of optimism that the case might benefit from mediation, and in view of the heavy schedules of our Magistrate Judges, I am today entering an order referring this case to a Magistrate Judge for ADR. This will provide plenty of time before the trial, scheduled to commence during the two week period starting January 27, 2003, to permit the parties to engage in good faith settlement discussions under court supervision.

Despite the informal nature of this memorandum, it is an Order of Court and the clerk shall docket it as such.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt