# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

OCT 23 A 10:45

October 23, 2002

MEMORANDUM TO COUNSEL RE:

Detig v. Textron, Inc.
Civ. No. AMD 01-3834

I thank Mr. Wharton for his letter dated October 21, 2002. I regret that I am not able to accommodate Mr. Wharton's request.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt

